| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

ROBERT H. MILLER, §
§
    Plaintiff, §
§
*versus* § CIVIL ACTION NO. 1:19-CV-134
§
LORENZO BUSTOS, *et al.*, §
§
    Defendants. §

**MEMORANDUM ORDER OVERRULING PLAINTIFF'S OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

    Plaintiff Robert H. Miller, an inmate confined at the Skyview Unit, proceeding *pro se*, brought this lawsuit pursuant to 42 U.S.C. § 1983.

    The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends this action be dismissed for want of prosecution.

    The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. Plaintiff filed objections to the magistrate judge's Report and Recommendation. This requires a *de novo* review of the objections in relation to the pleadings and the applicable law. *See* FED. R. CIV. P. 72(b).

    After careful consideration, the court concludes plaintiff's objections are without merit. A review of plaintiff's application to proceed *in forma pauperis* reveals he had a balance of $28.41 in his prisoner account and average monthly deposits of $45.63. Accordingly, it appears plaintiff had sufficient funds to pay the initial partial filing fee of $9.13, as ordered. Plaintiff asserts his mother was sending him money prior to her murder. However, plaintiff has neither alleged nor shown he lacks the funds necessary to pay the initial partial filing fee. Plaintiff may reinstate this case on the court's active docket within thirty days from the date of the judgment by either paying

the initial partial filing fee or submitting a statement of his prisoner account demonstrating he has not had the ability to pay the initial partial filing fee.

**O R D E R**

Accordingly, plaintiff's objections are **OVERRULED**. The findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**. A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

**Signed this date**
Jul 15, 2019

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE